UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**SUSANA CLARK,**

 **Plaintiff,**

v.                  **No.** 2:15-cv-01055 CG/LAM

**NOR-LEA HOSPITAL DISTRICT and**
**NOR-LEA GENERAL HOSPITAL,**

 **Defendants.**

## UNOPPOSED MOTION TO EXTEND EXPERT WITNESS DISCLOSURE DEADLINES

  COMES NOW Plaintiff Susana Clark, by and through her counsel Cadigan Law Firm P.C. (Michael Cadigan and Kristina Caffrey), and requests an extension of time to serve her expert witness disclosure. The parties have conferred and have agreed that an extension of time is warranted to serve expert witness disclosures. The parties have agreed Plaintiff's expert witness disclosure shall be due on or before August 26, 2016. Defendants' expert witness disclosures shall be due on or before September 26, 2016.

  WHEREFORE, Plaintiff requests until August 26, 2016 to disclose her expert witnesses with Defendants' expert witness disclosure due on or before September 26, 2016.

            Respectfully submitted:

           By: /s/ Michael J. Cadigan
              Michael J. Cadigan
              Kristina Caffrey
              3840 Masthead Street NE
              Albuquerque NM 87109
              (505) 830-2076
              (505) 830-2385 (fax)
              cadigan@cadiganlaw.com
              kristina@cadiganlaw.com
              *Attorneys for Plaintiff*

In accordance with Fed. R. Civ. P. 5(b)(2)(D), I certify that service of the foregoing document was made this 28th day of July 2016 via notice of transmission facilities of the case management and electronic filing system of the United States District Court, District of New Mexico on the following:

**Notice will be electronically mailed to:**

Theresa W. Parrish
Rodey, Dickason, Sloan, Akin & Robb PA
PO Box 1888
Albuquerque, NM 87103
Tel. (505) 765-5900
Fax (505) 768-7395
tparrish@rodey.com

CADIGAN LAW FIRM, PC

By: /s/ Michael J. Cadigan
      Michael J. Cadigan