UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

SUSANA CLARK,

    Plaintiff,

v.          No. **2:15-cv-01055 CG/LAM**

NOR-LEA HOSPITAL DISTRICT and
NOR-LEA GENERAL HOSPITAL,

    Defendants.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that Plaintiff Susana Clark's Expert Witness Reports for Dan Overpeck, RN and Janet Toney, MA and a copy of this Certificate were sent via email on the 26th day of August, 2016 to Defendant's counsel of record as follows:

Theresa W. Parrish
Rodey, Dickason, Sloan, Akin & Robb PA
PO Box 1888
Albuquerque, NM 87103
Tel. (505) 765-5900
Fax (505) 768-7395
tparrish@rodey.com

Respectfully submitted,

CADIGAN LAW FIRM, PC

By:   */s/Michael J. Cadigan*
     Michael J. Cadigan
     *Counsel for Plaintiff*
     3840 Masthead NE
     Albuquerque, NM 87109
     (505) 830-2076 (phone)
     (505) 830-2385 (fax)
     cadigan@cadiganlaw.com

In accordance with Fed. R. Civ. P. 5(b)(2)(D), we certify that service of the foregoing document was made this 26th day of August 2016 via notice of transmission facilities of the case management and electronic filing system of the United States District Court, District of New Mexico on the following:

**Notice will be electronically mailed to:**

Theresa W. Parrish
Rodey, Dickason, Sloan, Akin & Robb PA
PO Box 1888
Albuquerque, NM 87103
Tel. (505) 765-5900
Fax (505) 768-7395
tparrish@rodey.com

CADIGAN LAW FIRM, PC

By: /s/ Michael J. Cadigan
        Michael J. Cadigan

2